AO 91 (Rev. 11/11)  Criminal Complaint

United States Courts
Southern District of Texas
FILED
September 07, 2023
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Luis Enrique IRACHETA<br>COB: USA   YOB: 1996<br><br>*Defendant(s)* | Case No.  7:23-mj-1587 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 30, 2023** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 922(a)(6) | In connection with the acquisition or attempted acquisition of any firearm, knowingly making any false or fictitious oral or written statement intended to or likely to deceive a licensed importer, manufacturer, dealer, or collector with respect to any fact material to the lawfulness of the sale or other disposition of such firearm |

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet.

Approved by AUSA L. Fry

/s/ Brenda V. Leal
*Complainant's signature*

Brenda V. Leal, ATF Special Agent
*Printed name and title*

☒ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1

Date: 9/07/2023 @ 9:26 p.m.

*Judge's signature*

City and state: McAllen, Texas

Juan F. Alanis, United States Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

On or about August 7, 2023, the Bureau of Alcohol, Tobacco, Firearms and explosives (ATF) discovered that Luis Enrique IRACHETA (IRACHETA) had purchased multiple firearms from December 2022 through June 2023 from several different Federal Firearms Licensees (FFLs) in Hidalgo County, Texas. The ATF Form 4473s were obtained for these firearm purchases, which revealed IRACHETA had purchased at least eight (8) firearms since December 2022.

On June 30, 2023, IRACHETA purchased two (2) Glock, model 47, 9mm caliber pistols from an Hidalgo County, Texas FFL. These firearms were subsequently recovered in San Luis Potosi, Mexico on July 28, 2023.

On September 7, 2023, IRACHETA was interviewed by ATF Special Agents at the Pharr, Texas Port of Entry. During the interview, IRACHETA stated that he had purchased the firearms on behalf of other individuals. IRACHETA admitted that the other individuals instructed him on what types of firearms to purchase, drove him to the local FFLs to make the purchases, and provided the money for the firearm purchases. As to the two (2) Glock, model 47, 9mm caliber pistols, IRACHETA admitted to lying on question 21(a) of the ATF Form 4473 when he checked the box indicating that he was the actual buyer of the firearms when he knew the pistols he purchased on June 30, 2023 were for another individual.

The actual buyer of a firearm is a fact material to the lawfulness of the sale of firearms.