Case 7:23-cr-01375　Document 11　Filed on 10/04/23 in TXSD　Page 1 of 2

76

United States Courts
Southern District of Texas
FILED

October 04, 2023

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | Criminal No. **M-23-1375** |
| LUIS ENRIQUE IRACHETA § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about June 30, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**LUIS ENRIQUE IRACHETA**

in connection with the acquisition of a firearm, namely a Glock Model 47, 9 mm caliber pistol from Dynamic Tactical Solutions in McAllen, Texas, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Dynamic Tactical Solutions in McAllen, Texas which statement was intended and likely to deceive Dynamic Tactical Solutions in McAllen, Texas, as to a fact material to the lawfulness of such acquisition of the said firearms to the defendant under Chapter 44 of Title 18, United States Code, in that the defendant LUIS ENRIQUE IRACHETA falsely represented on the ATF form 4473 that he was the actual buyer of the firearms described above, when in truth and fact LUIS ENRIQUE IRACHETA knew that those statements and representations were false and that he was not was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and Section 2.

**NOTICE OF FORFEITURE**
**18 U.S.C. §922(a)(6)**

Pursuant to 19 U.S.C. § 1595a(d) and 28 U.S.C. § 2461 the United States gives notice to defendant,

LUIS ENRIQUE IRACHETA

that upon conviction of a violation of 18 U.S.C. §922(a)(6), as charged in this Indictment, all merchandise exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be forfeited to the United States and includes, but is not limited to the following:

Glock Model 47, 9 mm caliber pistol, S/N: BZLU827

Glock Model 47, 9 mm caliber pistol, S/N: BZLU828

A TRUE BILL

_____
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY